THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Barry Wayne Whitehead, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI 

Appeal from Greenville County
Wyatt T. Saunders, Plea Judge
 Edward W. Miller, Post Conviction Relief Judge

Memorandum Opinion No.    2006-MO-003
Submitted January 5, 2006  Filed January 23, 2006

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Christopher Newton, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review the denial of post conviction relief (PCR) to Petitioner.  We dismiss the writ as improvidently granted.
TOAL, C.J., MOORE, BURNETT and PLEICONES, JJ., concur. WALLER, J., not participating.